# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BY GEORGE, LLC,

    Plaintiff,

v.                                      Case No.  8:11-cv-2098-T-30AEP

BAR PRODUCTS.COM, INC.,,

    Defendant.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #5).  In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2098.dismiss 5.wpd